LLOYD WRIGHT *v.* CARMEN MALLETT

The plaintiff's petition for certification for appeal from the Appellate Court, 94 Conn. App. 789 (AC 26204), is denied.

*Erin M. Kallaugher*, in support of the petition.

*Michael S. Wrona*, in opposition.

Decided May 31, 2006

WEBSTER BANK *v.* DANIEL MICHAELESCO ET AL.

The petition by the defendant Ortansa Michaelesco for certification for appeal from the Appellate Court, 94 Conn. App. 901 (AC 26701), is denied.

*Ortansa Michaelesco*, pro se, in support of the petition.

Decided May 31, 2006

WEBSTER BANK *v.* DANIEL MICHAELESCO ET AL.

The petition by the defendant Ortansa Michaelesco for certification for appeal from the Appellate Court (AC 26136) is denied.

*Ortansa Michaelesco*, pro se, in support of the petition.

Decided May 31, 2006

STATE OF CONNECTICUT *v.* LENORIS STARKS

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 325 (AC 24666), is denied.